*W. R. Hewlett, R. L. Colding,* contra.

---

### 8723.   COX *v.* GULF GUANO COMPANY.

BLOODWORTH, J.   Where a bill of exceptions fails to show any service thereof upon the opposite party or his counsel, or any acknowledgment or waiver of service, the writ of error will be dismissed.   Civil Code (1910), § 6160; *Gorman* v. *Central of Ga. Ry. Co.,* 141 *Ga.* 125 (80 S. E. 553); *Albritton* v. *Tygart,* 139 *Ga.* 231 (77 S. E. 28).

> *Writ of error dismissed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED DECEMBER 13, 1917.

Writ of error; from Mitchell superior court.

*Charles Watt Jr., Peacock & Gardner,* for plaintiff in error.

*Billie B. Bush,* contra.

---

### 8733.   RICHEY *v.* ALVERSON.

BLOODWORTH, J.   1.   Grounds 4, 5, 6, and 7 of the amended motion for new trial are but amplifications of the general grounds.

2. Ground 8 is too indefinite to present any issue for determination by this court.

3. There was evidence to support the verdict.

4. A new trial was properly refused.

> *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED DECEMBER 13, 1917.

Processioning; from Whitfield superior court—Judge Fite.   December 1, 1916.

*J. M. Rudolph,* for plaintiff in error.   *J. A. Longley,* contra.